IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : : : |
| Plaintiff, | : : |
| v. | : : : |
| FREDERICK C. FISHER, M.D., and FREDERICK FISHER, | : : : |
| Defendants. | : : |

CASE NO. 02-CV-2833 (JPF)

**DEFENDANT'S ANSWER IN OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION OF
ORDER DATED SEPTEMBER 5, 2002**

Pursuant to Local Rule 7.1 (c), Defendant, by and through his undersigned attorneys, hereby submits this Answer in Opposition to Plaintiff's Motion for Reconsideration of Order Dated September 5, 2002, and in support thereof, avers as follows:

For the reasons set forth in the attached Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration of Order Dated September 5, 2002, the motion for reconsideration should be denied, and the case should be transferred to the United States District Court for the

District of South Dakota, Southern Division in accordance with the Court's Order of September 5, 2002..

        Respectfully submitted,

        BAZELON, LESS & FELDMAN, P.C.

By: _____
        JENNIFER L. HOAGLAND
        PA. Attorney I.D. No. 57256
        1515 Market Street, Suite 700
        Philadelphia, Pennsylvania 19102-1907
        Telephone: (215) 568-1155
        Fax: (215) 568-9319

        CRARY, HUFF, INKSTER, SHEEHAN,
        RINGGENBERG, HARTNETT, STORM
        & JENSEN, P.C.
        STEVEN R. JENSEN
        614 Pierce St., P.O. Box 27
        Sioux City, Iowa 51102
        Telephone: (712) 277-4561
        Fax:     (712) 277-4605

        ATTORNEYS FOR DEFENDANT

Dated: September 27, 2002